In the Matter of FRANK ROSE et al., Appellants, against VICTOR J. SHANKEY et al., Constituting the Town Council of the Town of Haverstraw et al., Respondents.

Submitted April 22, 1937; decided May 25, 1937.

*H. Eliot Kaplan* for appellants.

*Walter A. McDermott* and *Ernest W. Hofstatter* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.